FILED
JUL - 5 2002
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GEORGE LEYVA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | Civil Action No. SA-02-CA-408-EP |
| ) | |
| THE BEXAR COUNTY REPUBLICAN ) | |
| PARTY and ROY R. BARRERA JR. in his ) | |
| official capacity as Bexar County Republican ) | |
| Party Chairman, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On this date, the Court considered League of United Latin American Citizens (LULAC), District 15's Motion to Intervene, filed May 23, 2002, Defendants' opposition, and LULAC's reply. After careful consideration, the Court will deny the motion.

Pursuant to Federal Rule of Civil Procedure 24(b), a party may be permitted to intervene when that party's claim or defense and the main action have common questions of law and fact. The intervening party must also have an independent ground for jurisdiction and must have filed a timely motion to intervene. FED. R. CIV. P. 24(b). The intervening party must also show the intervention will not unduly delay or prejudice the rights of the original parties. *Id.*

LULAC alleges that common questions of law and fact exist between their claims and the claims of Plaintiffs in the above-named and numbered cause. Defendants are opposed to LULAC's intervention because they allege LULAC's intervention would delay the proceedings without adding legal claims, arguments or interests that are not already before the Court, and will prejudice Defendants by increasing the costs of litigation.

The Court finds that LULAC's intervention would add to the cost and delay of this litigation without adding sufficient benefit to the existing Plaintiffs' interests. The parties have already engaged in multiple discovery disputes and have filed numerous motions. Allowing LULAC to intervene would add opportunity for additional disputes, and is likely to result in considerable delay. In addition, the Court finds that LULAC's interests are adequately represented by existing litigants to this action. While LULAC alleges that it will bring a "unique perspective," the Court finds that LULAC's interests appear to be the same as those brought forth by the existing Plaintiffs. Additionally, LULAC's information regarding Latino voting patterns can be introduced by the existing Plaintiffs, without the addition of LULAC as a party. As a result, the Court finds that it is not necessary to add another party to this already zealous representation.

Accordingly, League of United Latin American Citizens, District 15's Motion to Intervene (docket entry # 12) is DENIED.

SIGNED this 5 day of July 2002.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE