IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION                     OCT 2 8 2002

CLERK, U.S. DISTRICT COURT
ESTERN DISTRICT OF TEXAS

GEORGE LEYVA, et al.,                    )
                                         )
            Plaintiffs,                  )
                                         )
VS.                                      )    Civil Action No. SA-02-CA-408-EP
                                         )
THE BEXAR COUNTY REPUBLICAN              )
PARTY and ROY R. BARRERA JR. in his      )
official capacity as Bexar County Republican )
Party Chairman,                          )
                                         )
            Defendants.                  )

## ORDER REGARDING AMENDED PLEADING

On this date, the Court considered Plaintiffs' Motion for Leave to Amend Pleading, filed August 12, 2002, and Defendants' response. After careful consideration, the Court will deny Plaintiffs' motion.

The Court finds that while its scheduling order did not include a deadline for amending pleadings, all other deadlines set out in the Court's July 24, 2002, scheduling order, including the deadline for filing dispositive motions, had passed by the time Plaintiffs filed their motion for leave to amend their complaint. The Court finds that the reasonable time for granting Plaintiffs leave to file an amended complaint has passed.

Defendants note that Plaintiffs Amended Complaint clarifies that Kathryn Mauthe is their sole proposed class representative. The Court finds that Plaintiffs sufficiently conveyed this information in their motion for class certification. Plaintiffs maintain that their amended complaint reflects the ruling from the Department of Justice wherein it declined to issue an objection to Defendants' actions. Defendants note that the language in the amended complaint attempts to add

a claim under § 5 to enjoin the enforcement of a precleared action. As Defendants point out, however, Plaintiffs' amended claim under § 5 cannot be remedied by § 5. As a result, the Court finds that justice does not require that the Court grant Plaintiffs leave to file an amended complaint.

Accordingly, Plaintiffs' Motion for Leave to Amend Pleading (docket entry # 75) is DENIED.

SIGNED this 25th day of October 2002.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE